**LITTLER MENDELSON, P.C.**
Keith J. Rosenblatt (016631997)
krosenblatt@littler.com
One Newark Center, 8th Floor
Newark, NJ 07102
973.848.4700
Attorneys for Plaintiffs
*Verano Holdings Corp.*
*and Verano NJ LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VERANO HOLDINGS CORP., a Nevada corporation, and VERANO NJ LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY CANNABIS REGULATORY COMMISSION, CHAIR DIANA HOUENOU, COMMISSIONERS KRISTA NASH and AMELIA MAPP, and ACTING EXECUTIVE DIRECTOR CHRISTOPHER RIGGS, in their official capacities, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 360,<br><br>Defendants. | Civil Action No. 3:26-cv-9706<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Verano Holdings Corp. and Verano NJ LLC (“Plaintiffs”), state:

Plaintiff Verano Holdings Corp. is a publicly traded corporation that does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. Plaintiff Verano NJ LLC is a limited liability company whose ultimate sole member is Verano Holdings Corp., a publicly traded corporation that indirectly owns 100% of the LLC.

Dated: July 31, 2026

Attorneys for Plaintiffs
*Verano Holdings Corp.*
*and Verano NJ LLC*

By: */s/ Keith J. Rosenblatt*

Keith J. Rosenblatt
**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, NJ 07102
973.848.4700
krosenblatt@littler.com

Alex MacDonald (pro hac vice movant)
**LITTLER MENDELSON, P.C.**
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
202.772.2505
amacdonald@littler.com

Dinora Orozco (pro hac vice movant)
**LITTLER MENDELSON, P.C.**
321 N Clark St., Suite 1100
Chicago, IL 60654
312.795.3232
dorozco@littler.com

4937-9122-8099 / 119302.1011