September R. McCarthy, Esq.
*Deputy Attorney General*
JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VERANO HOLDINGS CORP., a Nevada corporation, and VERANO NJ LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY CANNABIS REGULATORY COMMISSION, CHAIR DIANNA HOUENOU, COMMISSIONERS KRISTA NASH and AMELIA MAPP, and ACTING EXECUTIVE DIRECTOR CHRISTOPHER RIGGS, in their official capacities, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 360,<br><br>Defendants. | Civil Action No. 26-09706 (GC) (TJB)<br><br>*Electronically Filed*<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO PLAINTIFFS' COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(B)** |

Application is hereby made to the Clerk of the U.S. District Court for the District of New Jersey by the undersigned for Defendants New Jersey Cannabis Regulatory Commission, Chair Dianna Houenou, Commissioners Krista Nash and Amelia Mapp, and Acting Executive Director Christopher Riggs, in their official capacities, for an extension of time within which to answer, move, or otherwise reply to Plaintiffs'

Complaint for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b). Defendants having come before the Court solely for this extension and not having waived any defenses available to them by such appearance, it is represented that:

1. No previous extension has been requested or obtained.

2. According to the Notices of Service of Summons and Complaint submitted by Plaintiffs (ECF Nos. 12-16), Service of Process was effectuated on August 11, 2026, on these Defendants.

3. Absent this extension, Defendants' time to answer, move, or otherwise reply to Plaintiffs' Complaint is due on September 1, 2026.

4. Defendants now seek a Clerk's extension extending their time to answer, move, or otherwise reply 14 days so that Defendants' answer, motion, or other response would be due on September 15, 2026

Dated: August 19, 2026
Newark, New Jersey

/s/ September R. McCarthy
September R. McCarthy
*Deputy Attorney General*
Office of the New Jersey Attorney General
25 Market Street, P.O. Box 080
Trenton, NJ 08625
(862) 350-5800
september.mccarthy@njoag.gov

**Order**

The above application is **GRANTED** and the time within which Defendants New Jersey Cannabis Regulatory Commission, Chair Dianna Houenou, Commissioners Krista Nash and Amelia Mapp, and Acting Executive Director Christopher Riggs, in their official capacities, shall answer, move, or otherwise reply to the Complaint in this action is extended for a period of fourteen (14) days up to and including **September 15, 2026**, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

**Melissa E. Rhoads, Clerk**

By: ____________________

Order Dated: August __, 2026